**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00532

DETROIT STREET PARTNERS, INC.,

Plaintiff,

v.

TRIAD SECURITIES CORPORATION,

Defendant.

---

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

---

Pursuant to D.C.COLO.LCivR 6.1, the parties hereby stipulate that Defendant Triad Securities Corporation ("Triad") may have a 21-day extension of time to respond to the Verified Complaint and Jury Demand ("Complaint") filed by Plaintiff Detroit Street Partners, Inc. ("Detroit Street"). The parties further state as follows:

1. Detroit Street caused the Complaint to be served on Triad on March 13, 2025. Absent an extension of time, Triad's response would be due no later than April 3, 2025.

2. The parties have agreed that Triad may have a 21-day extension of time, up to and including April 24, 2025, to respond to the Complaint.

3. As required by D.C.COLO.LCivR 6.1(a), Detroit Street and Triad have not previously stipulated to an extension of time in this case. This Stipulation is filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil

Procedure. Counsel for Detroit Street and Triad shall each contemporaneously serve this stipulation on their respective clients.

Dated this 27th day of March 2025.

SHOEMAKER GHISELLI + SCHWARTZ LLC

By: *s/ Coates Lear*
Coates Lear
Andrew R. Shoemaker
1811 Pearl Street
Boulder, CO 80302
(303) 530-3452
coateslear@sgslitigation.com
ashoemaker@sgslitigation.com

*Attorneys for Defendant Triad Securities Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2025, a true and accurate copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** was filed and served via ECF on all counsel of record.

By: *s/ Annika Markert*